NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

UNILOC 2017 LLC,
*Appellant*

**v.**

GOOGLE LLC,
*Appellee*

2022-1245

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00755.

**JUDGMENT**

DONALD LEE JACKSON, Davidson Berquist Jackson & Gowdey, LLP, McLean, VA, argued for appellant.  Also represented by JAMES ETHERIDGE, RYAN S. LOVELESS, Etheridge Law Group, Southlake, TX.

JOSHUA GOLDBERG, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for appellee.  Also represented by ERIKA ARNER; SHAWN S. CHANG, Atlanta, GA.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, BRYSON, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| April 10, 2023 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |